FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION

2014 NOV -3  PM 4: 09

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

JOSHUA WARD,                             )
                                                 )
         Plaintiff,                      )
                                                 )
    vs.                                   )    No.
                                                 )
BLUESTEM BRANDS, INC.                    )
d/b/a Fingerhut,                         )    **3 :14 -cv- 147  RLY -WGH**
                                               )
        Defendant.                       )

## COMPLAINT

    NOW COMES Plaintiff, JOSHUA WARD ("Plaintiff"), through his attorneys, KROHN

& MOSS, LTD., and hereby alleges the following against Defendant, BLUESTEM BRANDS,

INC. d/b/a Fingerhut ("Defendant"):

### INTRODUCTION

    1.    Plaintiff's Complaint is based on the Telephone Consumer Protection Act

("TCPA"), 47 U.S.C. § 227 *et seq.*

### JURISDICTION and VENUE

    2.    Jurisdiction of this court arises pursuant to 28 U.S.C. 1331 and 47 U.S.C. § 227.

    3.    Venue is proper pursuant to 28 U.S.C. 1391(b)(2) as the conduct giving rise to

this action occurred in this district, as Plaintiff resides in this district and Defendant transacts

business in this district.

### PARTIES

    4.    Plaintiff is a natural person at times relevant residing in Indianapolis, Indiana

    5.    Defendant is a business entity incorporated in Delaware and headquartered at

6509 Flying Cloud Drv., Eden Prairie, Minnesota 55344.

6.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

7.     In 2014, Defendant began placing telephone calls to (317) 767-93xx, Plaintiff's cellular telephone.

8.     Defendant's calls to Plaintiff are for non-emergency purposes.

9.     Defendant places calls to Plaintiff from telephone number (855) 636-3695.

10.     Upon information and belief based on the frequency, number, and pattern of these calls, Defendant placed them using an automatic telephone dialing system or other equipment capable of storing and/or producing telephone numbers ("auto dialer").

11.     Plaintiff is not one of Defendant's customers and never provided Defendant with his cell phone number.

12.     Defendant did not have Plaintiff's express consent to use an auto dialer to call his cell phone.

13.     On or about September 1, 2014, Plaintiff instructed Defendant to stop calling his cell phone.

14.     Plaintiff revoked any permission, actual or implied, for Defendant to use an auto dialer to call his cell phone.

15.     Defendant knowingly, willfully, and intentionally used an auto dialer to call Plaintiff's cell phone.

16.     Between August 30 and October 12, 2014, Defendant used an auto dialer to call Plaintiff's cell phone at least one hundred ninety-five (195) times.

17.     Plaintiff is annoyed and feels harassed by Defendant's calls to his cell phone.

**COUNT I**
**DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT**

18.     Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

19.     Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff, JOSHUA WARD, respectfully requests judgment be entered against Defendant, BLUESTEM BRANDS, INC. d/b/a Fingerhut, for the following

20.     Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

21.     Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

22.     All court costs, witness fees and other fees incurred;

23.     Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Ryan Lee, Esq. (CA SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
T: (323) 988-2400 x241; F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff