UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Joshua Ward,<br><br>                    Plaintiff,<br><br>v.<br><br>Bluestem Brands, Inc. d/b/a Fingerhut,<br><br>                    Defendant. | Case No. 3:14-cv-00147-RLY-WGH |

## DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendant Bluestem Brands, Inc. ("Bluestem"), incorrectly named in the Complaint as Bluestem Brands, Inc. d/b/a Fingerhut, by counsel, respectfully moves the Court to dismiss Plaintiff's Complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The memorandum filed contemporaneously herewith more fully sets forth the reasons this motion should be granted.

US.58619464.02

Date:   June 30, 2015                           Respectfully Submitted,

*s/ Carl A. Greci*
Carl A. Greci (#17351-49)
Faegre Baker Daniels LLP
202 S. Michigan Street, Suite 1400
South Bend, IN  46601
Telephone:  (574) 234-4149
Facsimile:  (574) 239-1900
Email:  carl.greci@faegrebd.com

and

Erin L. Hoffman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh St.
Minneapolis, MN  55402
Telephone:  (612) 766-7000
Facsimile: (612) 766-1600
Email: Erin.Hoffman@FaegreBD.com

*Attorneys for Defendant, Bluestem Brands, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and further certify that on June 30, 2015, I caused to be sent a copy of the foregoing by U.S. First-Class Mail, postage prepaid, to the following non-CM/ECF user:

Joshua Ward
222 Union St.
Indianapolis, IN 46225

Respectfully Submitted,

*s/ Carl A. Greci*