UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Joshua Ward,

                Plaintiff,

v.

Bluestem Brands, Inc. d/b/a Fingerhut,

                Defendant.

Case No. 3:14-cv-00147-RLY-WGH

## ORDER GRANTING DEFENDANT'S
## MOTION TO DISMISS FOR FAILURE TO PROSECUTE

The Court, having considered Defendant's Motion to Dismiss for Failure to Prosecute and being duly advised by the Magistrate Judge that dismissal would be appropriate based on Plaintiff's repeated failures to appear for scheduled conferences, now GRANTS Defendant's motion and ORDERS that this case is DISMISSED WITH PREJUDICE for Plaintiff's failure to prosecute it.

    IT IS SO ORDERED.

Date:  9/01/2015

                                            RICHARD L. YOUNG, CHIEF JUDGE
                                            United States District Court
                                            Southern District of Indiana

Distribution to:

Electronically registered counsel of record

and

Joshua Ward
222 Union St.
Indianapolis, IN 46225