UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA  WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:14-cv-00147-RLY-WGH |
| | ) | |
| BLUESTEM BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the court's Order of Dismissal, it is adjudged that this case is dismissed with prejudice.

DATE:    9/01/2015

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY:

Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record

And

Joshua Ward

222 Union Street

Indianapolis, IN  46225